**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Saul MOLINA–MARTINEZ,**
**Defendant–Appellant.**

No. 13-40324

United States Court of Appeals,
Fifth Circuit.

FILED May 31, 2016

Paula Camille Offenhauser, Renata Ann Gowie, Anna Elizabeth Kalluri, Assistant U.S. Attorneys, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Margaret Christina Ling, Assistant Federal Public Defenders, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before STEWART, Chief Judge, JONES and HIGGINSON, Circuit Judges.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM:

This case returns to us on remand from the Supreme Court, No. 14–8913, *United States v. Molina–Martinez.* The Supreme Court reversed our affirmance of the district court's sentence of Molina–Martinez and remanded this case to us for further proceedings consistent with the Court's opinion. Accordingly, we VACATE the district court's sentence of Molina–Martinez and REMAND this case to the District Court for the Southern District of Texas for resentencing consistent with the opinion of the Supreme Court.